CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
BRADLEY SMITH, ESQ., SBN 296444
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191
bradleys@potterhandy.com

Attorney for Plaintiff **Nehemiah Kong**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong**, <br><br>          Plaintiff, <br><br>     v. <br><br> **Brenda Sue Getty**, in individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement; **Richard A. Getty**, in individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement; and Does 1-10, <br><br>          Defendants. | Case No.: 2:18-CV-09321-MWF-JDE <br><br> **Declaration of Bradley Smith in Support of Plaintiff's Motion to Compel.** |

### DECLARATION OF BRADLEY SMITH

**1.**  I am licensed to practice law by the State Bar of California.  I am Plaintiff's attorney, and I am familiar with this case. Based on my knowledge and experience, I can attest to the following facts.

**2.**  On May 20, 2019, Plaintiff propounded Set-One Discovery upon Defendants Brenda Sue Getty and Richard A. Getty.  Set-One Discovery consisted of Requests for Production of Documents, Interrogatories, and Requests for Admissions.

3. Attached as Exhibit 1 is a true and correct copy of the Proof of Service for Set-One Discovery.

4. Responses to Set-One Discovery were due on June 24, 2019.

5. On July 16, 2019, I sent a letter to Defense Counsel to meet and confer under Local Rule 37-1.

6. Attached as Exhibit 2 is a true and correct copy of the meet and confer letter.

7. I have not received Defendants' responses to Set-One Discovery, nor have I received a response from Defense Counsel to my meet and confer letter. As such, Defendants have not meet their obligation to meet and confer under Local Rule 37-1. Accordingly, I am submitting this motion without a Joint Stipulation pursuant to Local Rule 37-2.4.

8. My hourly billing rate is $200.00.

9. I am seeking Rule 37 sanctions in the amount of $1600 as follows:

| | | |
|---|---|---|
| Meet and Confer Attempts | 1 Hour | $200; |
| Motion Drafting | 5 Hours | $1000; |
| Reply to Opposition | 2 Hours | $400 |

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 2, 2019               CENTER FOR DISABILITY ACCESS

By: *B. A. Smith*
Bradley Smith
Attorney for Plaintiff