1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Brenda Sue Getty**, in individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement;<br>**Richard A. Getty**, in individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement; and Does 1-10,<br><br>          Defendants. | Case No.: 2:18-CV-09321-MWF-JDE<br><br>**[Proposed] ORDER re: Plaintiff's Motion to Compel Set One Discovery Responses**<br><br>**Date:**<br>**Time:**<br>**Courtroom:** 6B<br>**Magistrate Judge:** Hon. John D Early<br><br>**Discovery cut-off:** February 24, 2020<br>**Pre-trial conference:** June 8, 2020<br>**Trial:** June 30, 2020 |

Plaintiff's Motion to Compel Set-One Discovery Responses came before the Court at the above date and time. Upon consideration of the Memorandum of Points and Authorities and accompanying Declaration and Exhibits, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Defendants Brenda Sue Getty and Richard A. Getty must serve unobjected responses to Plaintiff's Set-One Interrogatories within 14 days;
2. Defendants Brenda Sue Getty and Richard A. Getty must serve unobjected responses to Plaintiff's Set-One Requests for Production within 14 days; and,
3. Defendants Brenda Sue Getty and Richard A. Getty must pay $1600.00 in sanctions.

**IT IS SO ORDERED.**

Dated: _____
Honorable John D Early
Magistrate Judge
United States District Court