# PROOF OF SERVICE
## Kong v. Brenda Sue Getty et al
## 2:18-cv-09321-AS

I, the undersigned, am over the age of eighteen years and I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On May 20, 2019 I served the following document(s):

-INTERROGATORIES PROPOUNDED BY PLAINTIFF
- REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF
- REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF

(FOR DEFENDANT: BRENDA SUE GETTY & RICHARD A. GETTY)

Addressed to:

Nick Pujji
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017

☑ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ **BY FACSIMILE:** In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ **BY OVERNITE EXPRESS:** I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ **BY PERSONAL SERVICE:** I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ **BY ELECTRONIC MAIL TRANSMISSION:** via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on May 20, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton

PROOF OF SERVICE