NICK S. PUJJI (Bar No. 259571)
nick.pujji@dentons.com
KAREN LUONG (Bar No. 246809)
karen.luong@dentons.com
CAROL YUR (Bar No. 290145)
carol.yur@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendants/Third-Party Plaintiffs
BRENDA SUE GETTY and RICHARD A. GETTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>        Plaintiff,<br><br>    v.<br><br>BRENDA SUE GETTY, an individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement; RICHARD A. GETTY, an individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement; and DOES 1-10,<br><br>        Defendants.<br><br>BRENDA SUE GETTY, an individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement; RICHARD A. GETTY, an individual and representative capacity as trustee of the Richard J. Getty Living Trust Agreement,<br><br>        Third-Party Plaintiffs,<br><br>    v.<br><br>PAVE WEST INC.,<br><br>        Third-Party Defendant. | No. 2-18-cv-09321-MWF-JDE<br><br>**DECLARATION OF ATTORNEY CAROL YUR IN SUPPORT OF THIRD-PARTY PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT**<br><br>Hearing Date: June 22, 2020<br>Courtroom: 5A<br>Hearing Time: 10:00 a.m.<br>Judge: Hon. Michael W. Fitzgerald |

1

**DECLARATION OF CAROL YUR**

I, Carol Yur, declare as follows.

1. I am an attorney licensed to practice law in the State of California and am an Associate at the law firm of Dentons US LLP. I am the attorney of record for Defendants and Third-Party Plaintiffs Brenda Sue Getty and Richard A. Getty ("Defendants" or "Third-Party Plaintiffs") in this action and provide this declaration in support of Third-Party Plaintiffs' Application for Default Judgment (ECF No. 54) and in support of the attorneys' fees and costs expended by Third-Party Plaintiffs in the defense of the case and prosecution of the third-party Complaint. The facts stated herein are true of my own personal knowledge except those matters stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would competently testify thereto.

2. The attorneys' fees and costs incurred by Third-Party Plaintiffs in defending this action and prosecuting the third-party Complaint amount to $43,315.07 in attorneys' fees and costs as itemized and attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 22, 2020, in Temple City, California.

Carol Yur

# EXHIBIT A

| Attorney | Pleadings | Discovery | Research | Communications with client, counsel and others | Court hearings | Motions | Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Attorneys' Fee Summary Chart** | | | | | | | | | |
| Nick S. Pujji (Partner) | 1.5 | 0 | 4.6 | 12.7 | | 2 | $835/hour | 20.8 | $17,368.00 |
| Jess R. Bressi (Senior Counsel) | | | 0.8 | | | | $770/hour | 0.8 | $616.00 |
| Carol Yur (Associate) | | | 1.8 | 10.3 | 0.5 | 14.4 | $430/hour | 27 | $11,610.00 |
| Anastasiya Menshikova (Associate) | 1.5 | | | | | | $335/hour | 1.5 | $502.50 |
| Anastasiya Menshikova (Associate) | 11.5 | 0.8 | 0.4 | 10.8 | | | $480/hour | 23.5 | $11,280.00 |
| Karen Luong (Associate) | | | 1.2 | | | 1.5 | $350/hour | 2.7 | $945.00 |
| Katherine A. Clements (Associate) | | 1.6 | | | | | $270/hour | 1.6 | $432.00 |
| Total | | | | | | | | 77.9 | **$42,753.50** |

| | Costs Summary | | | | | |
|---|---|---|---|---|---|---|
| | **Delivery & Postage** | **Filing Fees** | **Process Service Fees** | **Professional Services** | | **Grand Total** |
| | $11.14 | $45.00 | $300.00 | $1.00 | | |
| | $11.23 | $45.00 | | $2.00 | | |
| | $25.00 | | | $75.00 | | |
| | $26.40 | | | $19.80 | | |
| | | | | | | |
| Total | $73.77 | $90.00 | $300.00 | $97.80 | | **$561.57** |

PROOF OF SERVICE

I am a resident of the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017. On May 22, 2020, I served the foregoing **DECLARATION OF ATTORNEY CAROL YUR IN SUPPORT OF THIRD-PARTY PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT** on the third-party defendants by placing a true and correct copy thereof enclosed in sealed envelopes with postage thereon fully prepaid in the United States Post Office mail box located at Los Angeles, California addressed as follows:

Pavewest, Inc.
2424 So. East Bristol Street
Suite 300
Newport Beach, CA 92660

Pavewest, Inc.
11700 166th Street
Artesia, CA 90701

I declare that I am employed in the offices of a member of the bar of the State of California and of this Court at whose direction the service herein described was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed May 22, 2020, at Los Angeles, California.

*Carrie M. Rice*

_____
Carrie M. Rice